THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

COSTAR GROUP, INC., AND COSTAR REALTY INFORMATION, INC.,

Plaintiffs,

v.

ZILLOW GROUP, INC., AND ZILLOW, INC.,

Defendants.

Case No. 2:25-cv-02591-JNW

**STIPULATED MOTION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER**

**NOTED ON MOTION CALENDAR:**
[January 28, 2026]

STIPULATED MOTION
CASE NO. 2:25-CV-02591-JNW

MORRISON & FOERSTER LLP
12531 HIGH BLUFF DRIVE SUITE 200
SAN DIEGO, CA 92130
858.720.5100

Pursuant to LCR 7(d)(1), LCR 10(g), and Rule 83(b) of the Federal Rules of Civil Procedure, and subject to the Court's approval, Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (together, "CoStar") and Defendants Zillow Group, Inc. and Zillow, Inc. (together, "Zillow") (collectively, the "Parties") submit this Stipulated Motion Regarding Briefing Schedule on Defendants' Motion to Dismiss.

Because this matter was transferred from U.S. District Court for the Southern District of New York, and was subject to the local and chambers rules of that Court, it has a unique procedural posture. Specifically, as required by those rules, Zillow sought a pre-motion conference prior to filing a motion to dismiss. (Dkt. No. 30.) Filing that request stayed the deadline to respond to the Complaint. *See* Individual Practices of Judge Edgardo Ramos § 2.A.ii ("If a pre-motion conference is requested in connection with [a] proposed motion to dismiss, the request will stay the deadline for the requesting party to move or answer, and a new deadline will be set at the conference."). The Southern District of New York elected to first decide Zillow's motion to transfer before having a pre-motion conference on the motion to dismiss. Because the Southern District of New York granted the motion to transfer, it did not set a briefing schedule.

As authorized by Judge Whitehead's Chambers Procedures, the Parties have agreed to extend the following deadlines:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Defendants' Motion to Dismiss | N/A | February 13, 2026 |
| Plaintiffs' Opposition to the Motion to Dismiss | N/A | March 27, 2026 |
| Defendants' Reply in Support of the Motion to Dismiss | N/A | April 24, 2026 |

The parties also stipulate and agree that no answer, pleading, or other response to the Complaint is required until after motion practice on the Complaint is resolved.

The parties request that the Clerk of the Court reset the deadlines as noticed.

IT IS SO STIPULATED by and between the Parties.

/ / /

/ / /

STIPULATED MOTION
CASE NO. 2:25-cv-02591-JNW

1

**PRESENTED BY:**

Dated: February 4, 2026                    Respectfully submitted,

By: *s/ David A. Perez*

David A. Perez, WSBA No. 43959
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA  98101
Tel:  206.359.8000
Fax:  206.359.9000
DPerez@perkinscoie.com

Brian M. Kramer, *pro hac vice*
John R. Lanham, *pro hac vice*
Drew A. Hillier, admitted *pro hac vice*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Tel:  858.720.5100
Fax:  858.720.5125
BMKramer@mofo.com
JLanham@mofo.com
DHillier@mofo.com

*Attorneys for Defendants*
Zillow Group, Inc. and
Zillow, Inc.

Dated: February 4, 2026                    Respectfully submitted,

By: *s/ Steven W. Fogg*

Steven W. Fogg, WSBA No.23528
CORR CRONIN LLP
1015 Second Avenue, 10th Fl
Seattle, WA 98104
Tel:  206.625.8600
Fax:  206.625.0900
sfogg@corrcronin.com

Nicholas J. Boyle, *pro hac vice*
Sarah A. Tomkowiak, *pro hac vice*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel:  202.637.2200
Fax:  202.637.2201
nicholas.boyle@lw.com
sarah.tomkowiak@lw.com

*Attorneys for Plaintiffs*
CoStar Group, Inc. and
CoStar Realty Information, Inc.

STIPULATED MOTION
CASE NO. 2:25-CV-02591-JNW

2

MORRISON & FOERSTER LLP
12531 HIGH BLUFF DRIVE SUITE 200
SAN DIEGO, CA 92130
858.720.5100

**IT IS SO ORDERED.**

DATED this 4th day of February, 2026.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION
CASE NO. 2:25-CV-02591-JNW

3

MORRISON & FOERSTER LLP
12531 HIGH BLUFF DRIVE SUITE 200
SAN DIEGO, CA 92130
858.720.5100