THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> ZILLOW GROUP, INC., and ZILLOW, INC., <br><br> *Defendants*. | CASE NO. 2:25-cv-02591-JNW <br><br> **NOTICE OF FILING EXHIBIT B TO FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") hereby give notice of the filing of Exhibit B, referenced in the First Amended Complaint.

Dated: March 27, 2026

Respectfully submitted,

By:   */s/ Nicholas J. Boyle*
  Nicholas J. Boyle, *pro hac vice*
  Sarah A. Tomkowiak, *pro hac vice*
  LATHAM & WATKINS LLP
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  Tel: 202.637.2200
  Fax: 202.637.2201
  nicholas.boyle@lw.com
  sarah.tomkowiak@lw.com

NOTICE OF FILING EXHIBIT B TO FAC
CASE NO. 2:25-cv-02591-JNW

1

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200

Steven W. Fogg, WSBA No.23528
CORR CRONIN LLP
1015 Second Avenue, 10th Fl
Seattle, WA 98104
Tel: 206.625.8600
Fax: 206.625.0900
sfogg@corrcronin.com

*Attorneys for Plaintiffs*
*CoStar Group, Inc. and CoStar Realty*
*Information, Inc.*

NOTICE OF FILING EXHIBIT B TO FAC
CASE NO. 2:25-cv-02591-JNW

2

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200