UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COSTAR GROUP INC. et al.,

Plaintiff,

v.

ZILLOW GROUP INC. et al.,

Defendant.

CASE NO. 2:25-cv-02591-JNW

ORDER

Plaintiffs CoStar Group Inc. and CoStar Realty Information Inc. filed their original complaint on July 30, 2025, in the District Court for the Southern District of New York. Dkt. No. 1. The New York District Judge transferred this case to the Western District of Washington on December 4, 2025, and the parties agreed to a new briefing schedule for Defendants Zillow Group Inc. and Zillow Inc.'s motion to dismiss. Dkt. Nos. 44, 61. Defendants moved to dismiss on February 12, 2026. Dkt. No. 63. In lieu of responding, Plaintiffs filed an amended complaint. Dkt. No. 64.

Generally, "an amended complaint supersedes the original complaint and renders it without legal effect." *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). "'Courts often apply this rule to motions to dismiss a complaint that has since

**ORDER** - 1

been superseded and deny such motions as moot.'" *Dahlstrom v. Life Care Centers of Am., Inc.*, No. 2:21-CV-01465-JHC, 2022 WL 7631419, at *1 (W.D. Wash. Oct. 13, 2022) (quoting *Bisson v. Bank of Am., N.A.*, No. C12-0995-JLR, 2012 WL 5866309, at *1 (W.D. Wash. Nov. 16, 2012)). Because Plaintiffs' Amended Complaint supersedes the first, Defendants' motion to dismiss is now moot. Accordingly, the Court STRIKES as moot Defendants' motion to dismiss. Dkt. No. 63. Defendants may refile their motion to dismiss, but only if it is directed at the Amended Complaint.

Dated this 10th day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2