THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

COSTAR GROUP, INC., AND COSTAR
REALTY INFORMATION, INC.,

        Plaintiffs,

    v.

ZILLOW GROUP, INC., AND
ZILLOW, INC.,

        Defendants.

Case No. 2:25-cv-02591-JNW

**STIPULATED MOTION REGARDING SCHEDULE FOR RESPONSE TO THE FIRST AMENDED COMPLAINT AND ORDER**

**NOTE ON MOTION CALENDAR:**
April 9, 2026

STIPULATED MOTION RE SCHEDULE FOR
RESPONSE TO FIRST AMENDED COMPLAINT
2:25-CV-02591-JNW

**MORRISON & FOERSTER LLP**
925 FOURTH AVENUE, SUITE 3800
SEATTLE, WA 98104-1157

Pursuant to LCR 7(d)(1), LCR 10(g), and Rule 83(b) of the Federal Rules of Civil Procedure, and subject to the Court's approval, Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (together, "CoStar") and Defendants Zillow Group, Inc. and Zillow, Inc. (together, "Zillow") (collectively, the "Parties") submit this Stipulated Motion Regarding Zillow's Answer or Renewed Motion to Dismiss Plaintiffs' First Amended Complaint, and associated briefing schedule.

Under Sections 5.3 and 5.4 of the Court's Chambers Procedures, the parties have agreed to a schedule for Zillow to respond to the First Amended Complaint (Dkt. 46) and to brief a motion to dismiss.  These deadlines have not previously been extended.  The Court previously approved a stipulated briefing schedule on the original complaint.  (*See* Dkt. No. 61.)  Under that schedule, Zillow's motion was due February 13, 2026; CoStar's opposition, March 27, 2026; and Zillow's reply, April 24, 2026.  (*Id.*)  Zillow moved to dismiss on February 12, 2026, and CoStar filed the First Amended Complaint on March 27, 2026.  (Dkt. Nos. 63, 64.)  The agreed schedule allows two additional weeks from the date the reply on the original complaint would have been due for Zillow to consider the amended allegations and for the parties to meet and confer.

As authorized by Judge Whitehead's Chambers Procedures, the Parties have agreed to extend the following deadlines:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Defendants' Answer or Motion to Dismiss | April 10, 2026 | May 8, 2026 |
| Plaintiffs' Opposition to the Motion to Dismiss, if applicable | N/A | June 9, 2026 |
| Defendants' Reply in Support of the Motion to Dismiss, if applicable | N/A | June 26, 2026 |

The parties also stipulate and agree that no answer, pleading, or other response to the First Amended Complaint is required until after motion practice on the First Amended Complaint is resolved.

The parties request that the Clerk of the Court reset the deadlines as noticed.

STIPULATED MOTION SETTING SCHEDULE RE
RESPONSE TO FIRST AMENDED COMPLAINT
2:25-CV-02591-JNW

2

MORRISON & FOERSTER LLP
925 FOURTH AVENUE, SUITE 3800
SEATTLE, WA 98104-1157

IT IS SO STIPULATED by and between the Parties.

**PRESENTED BY:**

Dated: April 10, 2026                    Respectfully submitted,

By:  s/ *David A. Perez*
David A. Perez (WSBA No. 43959)
MORRISON & FOERSTER LLP
925 Fourth Avenue, Suite 3800
Seattle, WA  98104-1157
Tel:       206.327.6500
Fax:       206.260.8813

Brian M. Kramer, *pro hac vice*
BMKramer@mofo.com
John R. Lanham, *pro hac vice*
JLanham@mofo.com
Drew A. Hillier, *pro hac vice*
DHillier@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Tel:       858.720.5100
Fax:       W858.720.5125

*Attorneys for Defendants*
Zillow Group, Inc. and
Zillow, Inc.

Dated: April 10, 2026                    Respectfully submitted,

By:  s/ *Steven W. Fogg*
Steven W. Fogg, WSBA No.23528
CORR CRONIN LLP
1015 Second Avenue, 10th Fl
Seattle, WA 98104
Tel: 206.625.8600
Fax: 206.625.0900
sfogg@corrcronin.com

Nicholas J. Boyle, *pro hac vice*
Sarah A. Tomkowiak, *pro hac vice*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Fax: 202.637.2201
nicholas.boyle@lw.com
sarah.tomkowiak@lw.com

*Attorneys for Plaintiffs*
CoStar Group, Inc. and
CoStar Realty Information, Inc.

STIPULATED MOTION SETTING SCHEDULE RE
RESPONSE TO FIRST AMENDED COMPLAINT                    3
2:25-CV-02591-JNW

MORRISON & FOERSTER LLP
925 FOURTH AVENUE, SUITE 3800
SEATTLE, WA 98104-1157

**IT IS SO ORDERED.**

DATED this 10th day of April, 2026.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION SETTING SCHEDULE RE
RESPONSE TO FIRST AMENDED COMPLAINT
2:25-CV-02591-JNW

4

MORRISON & FOERSTER LLP
925 FOURTH AVENUE, SUITE 3800
SEATTLE, WA 98104-1157